IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

| | |
|---|---|
| CAPAUL JAMES and TAMIKA JAMES, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. |
| | ) |
| STAR VAN SYSTEMS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

Defendants, Star Van Systems, Inc. ("Star Van Systems") and Panov Lazar ("Mr. Lazar"), by their attorneys Sanchez Daniels & Hoffman LLP, pursuant to 28 U.S.C. §§ 1332(a) and 1441(b), hereby remove this action from the Circuit Court for the Fourth Judicial Circuit of Florida, County of Duval, to the United States District Court for the Middle District of Florida, Jacksonville Division. As grounds for this removal, defendants state as follows:

1. On July 17, 2020, plaintiffs initiated this action by filing a Complaint in the Circuit Court for the Fourth Judicial Circuit of Florida, County of Duval, entitled *Capaul James and Tamika James v. Star Van Systems, Inc., Panov Lazar and Government Employees Insurance Company* (Case No. 16-2020-CA-004004-XXXX-MA). (*See* Exhibit 1). Plaintiffs allege that they suffered severe personal injuries resulting from a motor vehicle accident caused by the defendants. (*Id.*).

2. Plaintiffs are citizens of the State of Florida. (*Id.* at 1, ¶2).

3. Government Employees Insurance Company is a "foreign corporation" doing business in the State of Florida. (*Id.* at 1, ¶5).

4. Mr. Lazar is a resident of Ontario, Canada. (*Id.* at 1, ¶4).

5. Star Van Systems is a corporation duly organized and existing under the laws of the Ontario, Canada, with its principal place of business also in Ontario, Canada. (*Id.* at 1, ¶3 and Exhibit 2 at ¶1).

6. Plaintiffs' Complaint generally alleges more than $30,000.00 in damages, exclusive of costs. (*See* Exhibit 1 at 1, ¶1). Specifically, plaintiffs allege that they "suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, and loss of the capacity for the enjoyment of life, incurred medical costs, and lost earnings and the capacity to earn in the future." (*Id.* at 6, ¶23).

7. Plaintiffs' counsel has made a $1,600,000.00 settlement demand to defense counsel.

8. By reason of the foregoing, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a). There is complete diversity of citizenship, and the amount in controversy exceeds $75,000.00, exclusive of costs. Removal of the state court action to this Court is therefore appropriate under 28 U.S.C. § 1441(b).

9. Removal of this action is timely under 28 U.S.C. § 1446(b) because this Notice of Removal was filed within thirty days after receipt by the defendants, through service or otherwise, of a copy of the pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable. Moreover, this Notice of Removal was filed within one year after commencement of the action.

10. Pursuant to 28 U.S.C. § 1446(a), defendants have attached copies of all the processes, pleadings and orders purportedly served upon them in the state court action. (*See* Exhibit 1).

11. Pursuant to 28 U.S.C. § 1446(d), contemporaneous with this filing, defendants are serving a copy of this Notice of Removal upon plaintiffs and filing a copy with the Clerk of the Circuit Court for the Fourth Judicial Circuit of Florida, County of Duval and the United States District Court for the Middle District of Florida.

12. Defendants reserve the right to supplement this Notice of Removal and/or to present additional arguments in support of their entitlement to removal.

13. Removal is hereby effected without waiver of any challenges that defendants may have to personal jurisdiction, venue or service of process.  Further, no admission of fact, law or liability is intended by this Notice of Removal, and all defenses, affirmative defenses and motions are hereby reserved.

WHEREFORE, Defendants, Star Van Systems, Inc. and Panov Lazar, hereby give notice of the removal of the above-referenced action now pending in the Circuit Court for the Fourth Judicial Circuit of Florida, County of Duval, to the United States District Court for the Middle District of Florida.

Respectfully submitted,

Star Van Systems, Inc. and Panov Lazar,

Michael T. Franz, Florida Bar No: 0081914
Sanchez Daniels & Hoffman LLP
333 W. Wacker Drive
Suite 500
Chicago, Illinois 60606
(312) 214-3043 Direct
(312) 641-3004 Facsimile
mtfranz@sanchezdh.com

By:/s/ *Michael T. Franz*
One of Their Attorneys

Date: July 29, 2020

*Attorneys for Defendants*

ARU 75252